IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| SUMMIT CONSTRUCTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| DANA R. ADDISON and | ) | CIVIL NO. 5:06-CV-129 |
| FREDDIE SATTERFIELD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of R. Patrick Smith and Donald A. Harper of the law firm of Harper Law Firm P.A., to appear as counsel for the plaintiff in this matter filed on November 28, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that R. Patrick Smith and Donald A. Harper are hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: November 30, 2006

Dennis L. Howell
United States Magistrate Judge