IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| SUMMIT CONSTRUCTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | |
| DANA R. ADDISON and | ) | CIVIL NO. 5:06-CV-129 |
| FREDDIE SATTERFIELD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Cynthia Buck Brown, of the law firm of Harper Law Firm P.A., P. O. Box 908, Greenville, South Carolina 29602, 864-235-5535, to appear as counsel for the plaintiff in this matter filed on March 9, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Cynthia Buck Brown is hereby granted special admission to the bar of this court, after payment of the admission fees having been paid to the Clerk of this court.

Signed: March 13, 2007

Dennis L. Howell
United States Magistrate Judge