# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:06cv129

| | |
|---|---|
| SUMMIT CONSTRUCTORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DANA R. ADDISON; and FREDDIE ) | |
| SATTERFIELD, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on correspondence from counsel informing the court that the anticipated Rule 41 dismissal of this action has been delayed due to a delay in processing of closing papers by HUD. The court greatly appreciates counsel keeping the court informed of the status of this matter, and will further stay this action for an additional 30 days to allow for both the administrative processing by HUD and the filing of a Rule 41 dismissal.

## ORDER

**IT IS, THEREFORE, ORDERED** that this action is **STAYED** through November 4, 2007, to allow the filing of a Rule 41 dismissal.

Signed: October 4, 2007

Dennis L. Howell
United States Magistrate Judge